UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-293-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| FRANK JOSEPH DODGE | |

On motion of the Defendant, Frank Joseph Dodge, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #47 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the  15th  day of March, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge