UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-293-1FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| FRANK JOSEPH DODGE | |

On motion of the Defendant, Frank Joseph Dodge, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry 61 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and counsel for the defendant.

IT IS SO ORDERED.

This the 31st day of October, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge