UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-293-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| FRANK JOSEPH DODGE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 65 and its accompanying order be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendant.

This the 2nd day of January 2018.

_____
LOUISE W. FLANAGAN
United States District Judge